UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO DEJESUS,

                Movant,

– *against* –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

14 Cr. 83 (ER)
16 Civ. 5090 (ER)

Ramos, D.J.:

    On June 28, 2016, Eduardo DeJesus filed a *pro se* motion to vacate his conviction pursuant to 28 U.S.C. § 2255, opening docket number 16 Civ. 5090 (ER). On May 4, 2017, this Court granted the motion of the United States to stay briefing in this case until the Second Circuit decided the similar case, *United States v. Barrett*, No. 14-2641-cr. The Second Circuit decided the case on August 30, 2019. *See* 937 F.3d 126 (2d Cir. 2019).

    Accordingly, the stay on briefing is lifted and the United States is ordered to respond to the petition of DeJesus by **Wednesday, February 19, 2020**. The Clerk of Court is respectfully directed to mail a copy of this order to DeJesus.

It is SO ORDERED.

Dated:   January 29, 2020
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.